**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431 (MJD/JGL)

This Document Relates to

CASE NUMBER 02-0128

CONNIE HUDSON,

Plaintiff,

STIPULATION OF DISMISSAL

v.

BAYER AG, a Foreign Corporation;
BAYER CORPORATION, a Subsidiary of
BAYER AG; and GLAXOSMITHKLINE, PLC;
a Foreign Corporation,

Defendants.

**ORDER**

IT IS HEREBY ORDERED, pursuant to the above Stipulation, that Plaintiff's Complaint in the above-referenced matter is hereby Dismissed with Prejudice, each party to bear its own costs and attorney fees.

JUL 09 2004

Michael J. Davis

United States District Judge

SCANNED
JUL 12 2004
U.S. DISTRICT COURT MPLS